UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M08-0811**
2) Defendant's Name: _Irving_ (Last) _Arienne_ (First) ____ (M.I.)
3) Age: ____
4) Title: __18__ Section(s): __1521 (k)__
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: __9/8/08__ Date and time of arrest: __9/10/08__

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes ___No   Date/Time: __9/10/08__
10) Detention Hearing Held: ____ Bail set at: __$500,000__ ROR Entered: ____ POD Entered: ____
11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: __9/19/08__; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Steven D'Alessandro__
14) DEFENSE COUNSEL'S NAME: __Allen Lashley__
    Address: _____
    Bar Code: _____ CJA: __✓__ FDNY: ____ RET: ____
    Telephone Number: (____) _____
15) LOG #: __(5.53·6·20)__ MAG. JUDGE: __Cheryl Pollak__
16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    __2__ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE