UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
X ------------------------------------------------------------X

UNITED STATES OF AMERICA

       vs.

ARIENNE J. IRVING
X ------------------------------------------------------------X

**CASE NO.: 08-811M**

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Arienne J. Irving

I certify that I am admitted to practice in this court.

Dated:    September 12, 2008

*Javier A. Solano*
Javier A. Solano JS1459
350 Fifth Avenue, Suite 5900
New York, New York 10118
Telephone: (212) 714-6600
Facsimile: (212) 601-2610