## Criminal Cause for Trial

**BEFORE:** Judge John Gleeson, U.S.D.J.

DATE: 8/6/09.    Time: 2:00pm–3:15pm

DOCKET NUMBER: 08CR640

CASE NAME: USA v. Simels, et al

INTERPRETER(S) _____ (Language) _____

COURT REPORTER: Anthony Mancuso, Burt Sulzer

APPEARANCES:    Courtroom Deputy: Ilene Lee

FOR GOVERNMENT: Steven L. D'Alessandro, Morris Fodeman, Daniel Brownell   Other: (Agent: John Mazzella)

FOR DEFENDANT # 1: Robert Simels    Atty: Gerald L. Shargel (retained), Ross Kramer (retained)
FOR DEFENDANT # __: _____    Atty: Evan Lipton (retained)
FOR DEFENDANT # 3: Arienne Irving    Atty: Javier A. Solano (retained)
FOR DEFENDANT # __: _____    Atty: Lawrence Berg (retained)

✓ Case Called.
___ Counsel for all sides present.
___ Counsel for _____ not present.
___ Jury selection held.    ___ Voir Dire begins.    ___ Voir Dire Continues.
___ Jury selected  ___ Jurors sworn.    ___ Trial begins.
___ Government opens.    ___ Defendant opens.
___ Government Rests.    ___ Defendant Rests.
___ Government Summation.    ___ Defendant Summation.
___ Jurors Charged.    ✓ Trial resumed.    ___ Trial Concluded.

Other: _____

___ Jury reaches verdict.  Guilty Verdict on Counts: _____
___ Jury polled.    Not Guilty on Counts: _____
___ Jury excused.    ___ Deft. Remanded.    ___ Deft. Cont'd on Bail.
___ Sentencing to be set by Probation.

- Charge conference held.
- Summations begin Monday 8/10/09 at 9:30 AM.