## Criminal Cause for Trial

**BEFORE:** Judge John Gleeson, U.S.D.J.

DATE: 8/20/2009    Time: 9:30Am–11:00Am

DOCKET NUMBER: 08CR640

CASE NAME: USA v. Simels, et al

INTERPRETER(S) _____ (Language) _____

COURT REPORTER: Mickey Brymer

APPEARANCES:                                    Courtroom Deputy: Ilene Lee

FOR GOVERNMENT: Steven L. D'Alessandro, Morris Fodeman, Daniel Brownell   Other: (Agent: John Mazzella)

FOR DEFENDANT # 1: Robert Simels        Atty: Gerald L. Shargel (retained)
FOR DEFENDANT # __: _____     Atty: Evan Lipton (retained)
FOR DEFENDANT # 3: Arienne Irving       Atty: Javier A. Solano (retained)
FOR DEFENDANT # __: _____     Atty: Lawrence Berg (retained)

- [✓] Case Called.
- [ ] Counsel for all sides present.
- [ ] Counsel for _____ not present.
- [ ] Jury selection held.    [ ] Voir Dire begins.    [ ] Voir Dire Continues.
- [ ] Jury selected    [ ] Jurors sworn.    [ ] Trial begins.
- [ ] Government opens.    [ ] Defendant opens.
- [ ] Government Rests.    [ ] Defendant Rests.
- [ ] Government Summation.    [ ] Defendant Summation.
- [ ] Jurors Charged.    [✓] Trial resumed.    [✓] Trial Concluded.

Other: _____

- [✓] Jury reaches verdict.   Guilty Verdict on Counts: Split Verdict (Please see verdict sheet)
- [✓] Jury polled.   Not Guilty on Counts: _____
- [✓] Jury excused.   [ ] Deft. Remanded.   [ ] Deft. Cont'd on Bail.
- [ ] Sentencing to be set by Probation.

- Jurors reach a verdict.
- Jurors excused with the Thanks of the Court.
- Sentencing date set for November 20, 2009 at 2:00Pm.