# Verdict Sheet
## *United States of America v. Arienne Irving*
## 08-CR-640 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 20 2009 ★

**BROOKLYN OFFICE**

**Count One: Conspiracy to Commit Witness Tampering**

  Not Guilty_____  Guilty ✓_____

**Count Two: Attempted Witness Tampering (Selwyn Vaughn)**

  Not Guilty ✓_____  Guilty_____

**Count Three: Attempted Witness Tampering (David Clarke)**

  Not Guilty_____  Guilty ✓_____

**Count Four: Attempted Witness Tampering (George Allison)**

  Not Guilty ✓_____  Guilty_____

**Count Five: Attempted Witness Tampering (Vijai Jainarine)**

  Not Guilty_____  Guilty ✓_____

**Count Seven: Attempted Witness Tampering (Leslyn Camacho)**

  Not Guilty ✓_____  Guilty_____

**Count Eight: Attempted Witness Tampering (Alicia Jagnarain)**

  Not Guilty ✓_____  Guilty_____

**Count Nine: Attempted Witness Tampering (Farrah Singh)**

  Not Guilty ✓_____  Guilty_____

**Count Ten:  Bribery of Leslyn Camacho**

   Not Guilty ✓   Guilty _____


**Count Twelve:  Importation of Eavesdropping Equipment**

   Not Guilty _____   Guilty ✓


**Count Thirteen: Possession of Eavesdropping Equipment**

   Not Guilty _____   Guilty ✓