AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ EASTERN _____ DISTRICT OF _____ NEW YORK, BROOKLYN _____

UNITED STATES OF AMERICA

V.

ARIENNE IRVING

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  08-CR-640-(03)(JG)

    The Defendant Irving's motion to set aside the jury verdict pursuant to Rule 29 is granted in its entirety. The case as against her is dismissed.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/John Gleeson
_____
Signature of Judge

JOHN GLEESON, U.S.D.J.
_____
Name and Title of Judge

December 4, 2009
_____
Date