# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

UNITED STATES OF AMERICA

- against -

ARIENNE IRVING,

Defendant.

Docket Number __08-CR-640 (JG)__

__The Honorable John Gleeson__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other ___ ; __Granting motion for acquittal and entering judgment of acquittal__
(specify)
entered in this action on __December 4, 2009 (oral order) and December 7, 2009 (judgment)__ .
(date)

Offense occurred after November 1, 1987    Yes __X__    No ___

The appeal concerns: __granting of motion to acquit__ .

Date __December 31, 2009__

TO:   Javier A. Solano, Esq.
      Law Offices of Javier A. Solano, PLLC
      350 Fifth Avenue
      Suite 6110
      New York, NY 10118
      (212) 714-6600

__PETER A. NORLING, AUSA__
(Counsel for Appellant)

Address   __U.S. Attorney's Office - E.D.N.Y.__
          __271 Cadman Plaza East, 8th Floor__
          __Brooklyn, New York 11201__

__Telephone Number:__   __(718) 254-6280__

---

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br>__X__ I am not ordering a transcript.<br>Reason:<br>___ Daily copy is available<br>__X__ U.S. Attorney has placed order<br>___ Other. Attach explanation | Dates<br>Prepare transcript of<br>___ Pre-trial proceedings _____<br>___ Trial _____<br>___ Sentence _____<br>___ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature _[signature]_     Date   December 31, 2009

---

▶ COURT REPORTER ACKNOWLEDGMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____     Signature _____
                    (Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002